IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY STUMP, | : | CIVIL ACTION |
| KIMBERLY STUMP, | : | |
| | : | 02-326 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| WMC MORTGAGE CORP., JAVELIN, INC. | : | |
| d/b/a FAIRBANKS CAPITAL CORP., | : | |
| BANK SUISSE FIRST BOSTON | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of May, 2005, it having been reported that the issues between the parties in the above action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.